JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>    Plaintiff,<br><br>vs.<br><br>DON CHENTE INVESTMENTS, LLC; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:23-cv-04803 RGK (SKx)<br><br>**Order and Judgment Re: Default Judgment**<br><br>[21] |

    Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff LAMAR MYERS shall have JUDGMENT in Plaintiff's favor in the amount of $3,052.00 as fees-and-costs award against Defendant DON CHENTE INVESTMENTS, LLC.

    Additionally, Defendant DON CHENTE INVESTMENTS, LLC is ordered to provide an accessible parking space at the property located at or about 4108 Florence Ave., Bell, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: **1/8/2024**

                                                       */s/ Gary Klausner*
                                                   Hon. R. Gary Klausner
                                                   U.S. District Judge